360.   GRAY *v.* SWINDLE.

POWELL, J.   The evidence demanded the verdict rendered.

*Judgment affirmed.*

Complaint, from city court of Nashville—Judge Peeples.   November 10, 1906.

Submitted May 14,—Decided May 16, 1907.

*Alexander & Gary,* for plaintiff.  ·

*Buie & Knight, W. G. Harrison,* for defendant.